**Opinion issued October 15, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00599-CV

———————————

**MENTAL HEALTH AND MENTAL RETARDATION AUTHORITY OF HARRIS COUNTY, Appellant**

**V.**

**CATHERINE  PRESTIGIOVANNI, Appellee**

---

On Appeal from the 80th District Court[1]
Harris County, Texas
Trial Court Case No. 2012-70296

---

## MEMORANDUM OPINION

---

[1]     Counsel for Appellant: Paul Lamp and C. Cory Rush of Rogers, Morris & Grover, L.L.P.
Counsel for Appellee: Gregg M. Rosenberg of Rosenberg & Sprovach
Trial court Judge: The Honorable Larry Weiman, 80th District Court of Harris County

Appellant has filed a motion to dismiss the appeal as moot. *See* TEX. R. APP. P. 42.1(a)(1).  No opinion has issued.  *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.